Certificate Number: 16339-PAE-DE-038647411

Bankruptcy Case Number: 24-10954



16339-PAE-DE-038647411

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2024, at 11:07 o'clock AM EDT, Ahmet Kuru completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 9, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor